UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                                    Chapter 11

97 2ND LLC,                                                         Case No. 17-74756 (REG)

                                        Debtor.
-------------------------------------------------------------x
97 2nd LLC for itself and as a third party                Adv. Pro. No. 17-08247 (REG)
beneficiary,

                                        Plaintiff,

      against

DS 97 2nd Ave Note Purchaser LLC, DS 97 2nd Ave
Property Owner LLC, Michael Shah, and ACM CRE
FUND I, LP,

                                        Defendants.
-------------------------------------------------------------x

## DECLARATION OF SERVICE

I, J. Ted Donovan**,** declare under the penalties of perjury pursuant to 28 U.S.C. § 1746:

On September 19, 2017, I caused to be served the Summons and Complaint, together with all Exhibits thereto on the Defendants and counsel as set forth on the attached **Exhibit "A"**, by regular mail by causing a true copy of same, enclosed in a fully paid wrapper, postage pre-paid, and properly addressed to such persons and/or entities, to be deposited in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Dated: New York, New York
       September 22, 2017

                                                                         /s/ J. Ted Donovan

EXHIBIT "A"

DS 97 2nd Ave Note Purchaser LLC
114 East 13th Street, Front 1
New York, NY 10003-5329

DS 97 2nd Ave Property Owner LLC
114 East 13th Street, Front 1
New York, NY 10003-5329

Michael Shah
114 East 13th Street, Front 1
New York, NY 10003-5329

Mark Frankel, Esq.
Backenroth Frankel & Krinsky, LLP
800 Third Avenue, Floor 11
New York, New York  10022